

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 10, 2022

**VIA ECF**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**    *United States v. Scott Becker*, 22 Cr. 231 (LTS)

Dear Chief Judge Swain:

    The Government respectfully writes to request that the Court adjourn the control date currently set for October 21, 2022, in the above-captioned case. As the Court is aware, on April 21, 2022, Scott Becker, the defendant, pled guilty, pursuant to a cooperation agreement with the Government, before Your Honor to all three counts contained in Information 22 Cr. 231 (LTS). Consistent with that cooperation agreement, Becker is expected to testify at trial in *United States v. Hwang, et al.*, No. 22 Cr. 240 (AKH), which is currently scheduled to commence on October 10, 2023. In light of that pending trial date, the Government respectfully requests that the control date in this matter be adjourned to July 14, 2023, at 2 p.m., which the Government understands to be a convenient date and time for the Court, based on a conversation with your chambers. Defense counsel joins in this request.

The foregoing request is granted. The status conference in this action is adjourned to July 14, 2023, at 2 p.m. This resolves docket entry no. 20. SO ORDERED.

Dated: 10/11/2022
/s/ Laura Taylor Swain, Chief U.S.D.J.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   \_\_s/_____
       Matthew Podolsky
       Alex Rossmiller
       Danielle Sassoon
       Andrew Thomas
       Assistant United States Attorneys
       Tel.: (212) 637-1947/2415/1115/2106