```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   1:22-CR-00231-LTS-1
    -against-                        :   ORDER
                                     :
Scott Becker                         :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

Laura Taylor Swain, Chief United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to remove the condition of Regular Pretrial Supervision to Pretrial Services Supervision as directed.

Dated: New York, New York

December _7_, 2022

                                         SO ORDERED:

                                         _____
                                         Laura Taylor Swain
                                         Chief United States District Judge