

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 24, 2024

**VIA ECF**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Scott Becker*, 22 Cr. 231 (LTS)

Dear Chief Judge Swain:

    The Government respectfully writes to request that the Court adjourn the sentencing control date currently set for April 26, 2024 in the above-captioned case. On April 21, 2022, Scott Becker, the defendant, pled guilty to all three counts contained in Information 22 Cr. 231 (LTS) pursuant to a cooperation agreement with the Government. Consistent with that cooperation agreement, Becker is expected to testify at trial in *United States v. Hwang, et al.*, No. 22 Cr. 240 (AKH), which is currently scheduled to commence on May 8, 2024. In light of that pending trial date, the Government respectfully requests that the sentencing control date in this matter be adjourned to October 11, 2024, at 2:00 p.m., which the Government understands to be a convenient date and time for the Court.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:    */s/ Andrew Thomas*
    Matthew Podolsky
    Alexandra Rothman
    Samuel P. Rothschild
    Andrew Thomas
    Assistant United States Attorneys
    Tel.: (212) 637-1947/2580/2504/2106