

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 8, 2024

**VIA ECF**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Scott Becker*, 22 Cr. 231 (LTS)

Dear Chief Judge Swain:

    The Government respectfully writes, with the consent of defense counsel, to request that the Court adjourn the sentencing control date currently set for October 11, 2024 in the above-captioned case. On April 21, 2022, Scott Becker, the defendant, pled guilty to all three counts contained in Information 22 Cr. 231 (LTS) pursuant to a cooperation agreement with the Government. Consistent with that cooperation agreement, in May 2024, Becker testified at trial in *United States v. Hwang, et al.*, No. 22 Cr. 240 (AKH). Both trial defendants, Bill (Sung Kook) Hwang and Patrick Halligan, were convicted at trial and are currently scheduled to be sentenced no later than mid-November 2024. In light of that pending sentencing date, the Government respectfully requests that Becker's sentencing control date in this matter be adjourned until December 11, 2024.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney for the
                                          Southern District of New York

    By:      */s/ Alexandra Rothman*
                Matthew Podolsky
                Alexandra Rothman
                Samuel P. Rothschild
                Andrew Thomas
                Assistant United States Attorneys
                Tel.: (212) 637-1947/2580/2504/2106