

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 21, 2025

**<u>VIA ECF</u>**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**    ***United States v. Scott Becker*, 22 Cr. 231 (LTS)**

Dear Chief Judge Swain:

      The Government respectfully writes, with the consent of defense counsel, to request that the Court adjourn the sentencing hearing of Scott Becker, which is currently scheduled for May 15, 2025, until a date in early August 2025. The Government makes this request because the sentencings of co-conspirators Bill Hwang and Patrick Halligan are still pending before Judge Hellerstein, and are expected to conclude in July 2025.

      Respectfully submitted,

      MATTHEW PODOLSKY
      Acting United States Attorney for the
      Southern District of New York

By:    *Alexandra Rothman*

      Alexandra Rothman
      Assistant United States Attorney
      Tel.: (212) 637-2580