COHEN & GRESSER LLP

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Jason Brown
212 957 7609
jbrown@cohengresser.com

August 19, 2026

**BY ECF AND EMAIL**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

**Re: *United States v. Scott Becker*, 22 Cr. 231 (LTS)**

Dear Chief Judge Swain:

We represent Scott Becker in the above-captioned matter. On September 12, 2025, judgment was entered against Mr. Becker. (ECF No. 65.) We write to respectfully request that the Court endorse this letter to direct Pretrial Services to return Mr. Becker's passport to him, which had been surrendered as part of his bond conditions. Although Mr. Becker has no current travel plans, his passport has expired and U.S. Department of State procedures require the submission of any previously issued passports in connection with future passport renewal requests. The government consents to this request.

Respectfully Submitted,

/s/ *Jason Brown*

Jason Brown

cc: Alexandra Rothman
Andrew M. Thomas
Samuel P. Rothschild
Assistant United States Attorneys
Madalyn Toledo (by email)
U.S. Pretrial Services

The foregoing request is **granted**. Pretrial Services is respectfully directed to return Mr. Becker's passport. Docket entry no. 85 is resolved.

SO ORDERED.
/s/Laura Taylor Swain, Chief U.S.D.J.
Dated: August 21, 2026